**Order entered October 6, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00506-CV

**STEVEN B. AUBREY, BENEFICIARY OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellant**

**V.**

**BETSY S. AUBREY, TRUSTEE OF THE AUBREY FAMILY TRUST CREATED UNDER THE WILL OF RICHARD BUCK AUBREY, DECEASED, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-11685**

## ORDER

We **GRANT** appellant's October 4, 2016, second unopposed motion for extension of time to file his amended brief. Appellant's brief received by the Clerk of the Court on October 3, 2016, is **ORDERED** filed as of the date of this order. Appellee's brief shall be filed within **THIRTY DAYS** of the date of this order.

/s/     ELIZABETH LANG-MIERS
          JUSTICE